# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Civil Action No. 20-cv-02786-CMA-KMT

ROBERT CHAMBERS,

    Plaintiff,

v.

Z&F, INC, *d/b/a* 7-Eleven, and
SHEIKH QAISAR,

    Defendants.

---

## ORDER

---

    On January 20, 2021, Magistrate Judge Kathleen M. Tafoya issued an Order directing the Plaintiff to show cause to the Court, in writing, by no later than January 27, 2021, "as to why this case should not be dismissed." (Doc. # 22).  To date, nothing further has been filed in this matter.  Therefore, it is

    ORDERED that this case is DISMISSED WITH PREJUDICE for failure to prosecute.  It is

    FURTHER ORDERED that Defendants' Motion to Dismiss (Doc. # 10) is DENIED AS MOOT.

    DATED:   February 4, 2021        BY THE COURT:

                                                                   *[signature]*
                                                    CHRISTINE M. ARGUELLO
                                                    United States District Judge